# EXHIBIT "A"

COMMONWEALTH OF MASSACHUSETTS
NORTHEAST HOUSING COURT

Deutsche Bank National Trust Co.
as Indenture Trustee, Plaintiff

- v. -

No. 10-CV-0007

Spero & Kelly Brown,
Defendants

### STIPULATION WITH DISMISSAL

— The undersigned parties hereby stipulate and agree as follows:

1. The Defendant shall remove all personal property from the Premises on or before March 9th, 2010.

2. Any personal property remaining on the Premises after March, 9th 2010 shall be deemed legally abandoned and may be discarded by the Plaintiff.

3. Defendants agree that they no longer occupy the Premises and that the Plaintiff may exercise all of its rights under paragraph 9 of the mortgage including, but not limited to, accessing the Premises for the purposes of managing and maintaining the Premises in accordance with the state sanitary code, building code, and any other applicable law or regulation.

(over)

4. The Plaintiff agrees not to dispose of any of the Defendants' personal property on the Premises until on or after March 9th, 2010.

It is further agreed that the case be dismissed without prejudice ~~on~~ upon the Plaintiff sending written notice to the Court of the completion of the foreclosure on the Premises.
ONCE APPROVED BY THE JUDGE, THIS AGREEMENT BECOMES A COURT ORDER AND BOTH PARTIES ARE LEGALLY REQUIRED TO FOLLOW IT

If questions arise, please consult the housing specialist

**I UNDERSTAND THAT I HAVE THE RIGHT TO A HEARING ON MY CASE BEFORE A JUDGE, BUT INSTEAD I CHOOSE TO SIGN THIS AGREEMENT**

_[signature] #667804_      _Spero Brown 2/9/10_

Signed and dated by Plaintiff      Signed and dated by Defendant

_____      _____

Plaintiff's Attorney      Defendant's Attorney

_Reviewed By_ _[signature]_

Housing Specialist      Judge David D. Kerman
~~William W. McDermet~~
Jeffrey Hernandez

COPIES (GIVEN) (MAILED) TO PARTIES ON _2-9-10_